# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>RILEY JUNE WILLIAMS<br>*Defendant* | )<br>)  Case No. 1:21-MJ-007<br>)<br>)<br>) |

**ORDER SCHEDULING A PRELIMINAY AND DETENTION HEARING**

A detention hearing in this case is scheduled as follows:

| Place: | U.S. Courthouse & Federal Building via WEBEX<br>228 Walnut Street<br>Harrisburg, PA 17108 | Courtroom No.: CR # 5, 11TH Floor |
|---|---|---|
| | | Date and Time: January 21, 2021 at 9:15 a.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 01/19/2021

s/ Martin C. Carlson
*Judge's signature*

Martin C. Carlson, U.S. Magistrate Judge
*Printed name and title*