AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br>Riley June Williams<br><br>Defendant | ) ) ) ) ) ) ) | Case No. |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Riley June Williams_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1752(a)(1) Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
40 USC 5104(e)(2) Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/17/2021

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2021.01.17 13:20:33 -05'00'

*Issuing officer's signature*

Robin M. Meriweather
United States Magistrate Judge
*Printed name and title*

City and state: Washington D.C.

---

**Return**

This warrant was received on *(date)* 1/17/21, and the person was arrested on *(date)* 1/18/21
at *(city and state)* Harrisburg, PA.

Date: 1/21/21

*Arresting officer's signature*

Special Agent Angela Strause
*Printed name and title*